IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANITA HENRY, TERRANCE FLOWERS, ALONZO PATTERSON, and ANDRE JONES, on behalf of themselves and a class, <br><br> Plaintiffs, <br><br> v. <br><br> TELETRACK, INC., <br><br> Defendant. | ) ) ) ) ) No. 11-cv-4424 ) ) ) Judge Sharon J. Coleman ) Magistrate Judge Maria Valdez ) ) ) |

## STIPULATION OF DISMISSAL

Plaintiffs, Danita Henry, Terrance Flowers, Alonzo Patterson, and Andre Jones, by counsel, and defendant Teletrack Inc. n/k/a Teletrack, LLC, by counsel, hereby stipulate and agree that all matters herein between these parties have been resolved, and that plaintiffs' individual claims against defendant Teletrack Inc. n/k/a Teletrack, LLC should be and by means of this stipulation are dismissed with prejudice with each party to bear its own costs and attorneys' fees. The claims of the putative class against Teletrack Inc. n/k/a Teletrack, LLC should be and by means of this stipulation are dismissed without prejudice.

Dated: May 15, 2013            Respectfully submitted,

**PLAINTIFFS**            **TELETRACK, LLC**

s/Tara L. Goodwin            s/ Michael O'Neil
Daniel A. Edelman            Michael O'Neil (No. 06201736)
Tara L. Goodwin            Peter J. Donoghue (No. 06206849)
Rupali R. Shah            Rohan C. Shetty (No. 06300849)
EDELMAN, COMBS, LATTURNER            DLA Piper LLP (US)
    & GOODWIN, LLC            203 N LaSalle Sr. Suite 1900
120 S. LaSalle St., Suite 1800            Chicago, IL 60601
Chicago, IL 60603            (312)-368-4000
(312) 739-4200            (312)-236-7516 (FAX)
(312) 419-0379 (FAX)            *Counsel for Defendant*
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Michael O'Neil, an attorney, depose and state that on May 15, 2013, I electronically filed the foregoing ***Stipulation of Dismissal*** with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                          s/ Michael O'Neil
                                          Michael O'Neil